UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL BALL and ROBERT JEREMY HORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENTREPRENEUR MEDIA, INC.,<br><br>Defendant. | Case No. 1:21-cv-11799-TLL-PTM<br><br>Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

**STIPULATED ORDER FURTHER EXTENDING TIME
TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**WHEREAS** the parties have stipulated to the entry of this Order, and the Court is otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for Defendant Entrepreneur Media, Inc. to respond to Plaintiffs' First Amended Complaint is further extended to **March 28, 2022**.

Dated: March 17, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Stipulated and agreed:

| | |
|---|---|
| **BURSOR & FISHER, P.A.** | **DICKINSON WRIGHT PLLC** |

/s/ Philip L. Fraietta (w/ consent)                    Phillip J. DeRosier
/s/_____         /s/ _____
     Philip L. Fraietta                                              Phillip J. DeRosier (P55595)
888 Seventh Avenue                                        Patrick B. Green (P68759)
New York, NY 10019                                      500 Woodward Ave., Suite 4000
(646) 837-7150                                                 Detroit, MI 48226
pfraietta@bursor.com                                      (313) 223-3500
                                                                         pderosier@dickinsonwright.com
                                                                         pgreen@dickinsonwright.com
**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)                               **STEPTOE & JOHNSON LLP**
Sharon S. Almonrode (P33938)                    Stephanie Sheridan
Gregory A. Mitchell (P68723)                       One Market Plaza
Dennis A. Lienhardt (P81118)                       Spear Tower, Suite 3900
William Kalas (P82113)                                  San Francisco, CA 94105
950 W. University Drive, Suite 300              (415) 365-6718
Rochester, MI 48307                                       ssheridan@steptoe.com
(248)-841-2200
epm@millerlawpc.com                                  *Attorneys for Defendant Entrepreneur*
ssa@millerlawpc.com                                    *Media, Inc.*
gam@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

*Attorneys for Plaintiffs*

Dated:   March 14, 2022