UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL BALL and ROBERT JEREMY HORTON, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

ENTREPRENEUR MEDIA, INC.,

        Defendant.

Case No. 1:21-cv-11799-TLL-PTM

Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

/

## STIPULATION TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

**WHEREAS**, on August 4, 2021, Forest Ouellette filed this putative class action lawsuit against Defendant Entrepreneur Media, Inc. ("Defendant") alleging violations of Michigan's Preservation of Personal Privacy Act, H.B. 5331, 84th Leg. Reg. Sess., P.A. No. 378, §§ 1-4 (Mich. 1988), *id.* § 5, added by H.B. 4694, 85th Leg. Reg. Sess., P.A. No. 206, § 1 (Mich. 1989) (the "PPPA");

**WHEREAS**, since the filing of the case, Plaintiffs' Counsel and Defendant's Counsel have been engaged in informal discovery pertaining to the validity of the alleged claims, including subscription histories;

**WHEREAS,** on December 20, 2021, as a result of that informal discovery, Mr. Ouellette withdrew from the case and Plaintiffs Samuel Ball and Robert Jeremy

Horton replaced him as named plaintiffs;

**WHEREAS,** since that time, Plaintiffs' Counsel and Defendant's Counsel have continued their informal discovery pertaining to the validity of the alleged claims, including subscription histories;

**WHEREAS,** as a result of that informal discovery, Mr. Horton wishes to voluntarily dismiss his claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

**WHEREAS,** the Parties are continuing to discuss Mr. Ball's claims, but at this time, Mr. Ball wishes to continue litigating his claim and those of the putative class;

**NOW THEREFORE,** the Parties stipulated as follows:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant consents to Plaintiffs filing a Second Amended Class Action Complaint that removes Mr. Horton as named plaintiff and names Mr. Ball as the lone named plaintiff and proposed class representative. Plaintiffs shall file the Second Amended Class Action Complaint on April 4, 2022;

2. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant shall answer or otherwise respond to the Second Amended Class Action Complaint on or before April 18, 2022.

Stipulated and agreed:

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiffs*

Dated:   April 4, 2022

**STEPTOE & JOHNSON LLP**
Stephanie Sheridan
Meegan Brooks
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
(415) 365-6700
ssheridan@steptoe.com
mbrooks@steptoe.com

**DICKINSON WRIGHT PLLC**

/s/ *Phillip J. DeRosier*
Phillip J. DeRosier (P55595)
Patrick B. Green (P68759)
500 Woodward Ave., Suite 4000
Detroit, Michigan 48226
(313) 223-3500
pderosier@dickinsonwright.com
pgreen@dickinsonwright.com

*Attorneys for Defendant Entrepreneur Media, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2022, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

      Respectfully submitted,

By:*/s/ E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
E-mail:  epm@millerlawpc.com